UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNIQUE SYSTEM LLC | * | CIVIL ACTION NO. 16-9679 |
| VERSUS | * | SECTION "A", MAG. 2 |
| M/V SWORDFISH, her engines, tackle, apparel, etc., *in rem*, HARKAND GULF SERVICES L.L.C. and ETHOS OFFSHORE US LLC | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR PARTIAL DISMISSAL

COMES NOW, Complainant, Unique System LLC, who advises this Honorable Court that Complainant and defendant, M/V SWORDFISH, have compromised Complainant's claims adverse to M/V SWORDFISH, her engines, tackle, apparel, etc., *in rem*, asserted in, pertaining or related to this Civil Action.  The M/V SWORDFISH, her engines, tackle, apparel, etc., *in rem*, should be dismissed, with prejudice, each party to be responsible for their respective costs and expenses, expressly reserving unto Complainant all rights, claims and/or causes of action adverse to Harkand Gulf Services L.L.C. and/or Ethos Offshore US LLC.

WHEREFORE, complainant, Unique System LLC, prays that defendant, M/V SWORDFISH, her engines, tackle, apparel, etc., *in rem*, be dismissed, with full prejudice, each party to be responsible for their respective costs and expenses, reserving

unto Complainant all rights, claims and/or causes of action adverse to Harkand Gulf Services L.L.C. and/or Ethos Offshore US LLC.

                                KRAFT LEGÉ LLC

                        BY:   /s/Ralph E. Kraft
                            Ralph E. Kraft, LBN 7918
                            600 Jefferson Street, Suite 410
                            Lafayette, LA 70501
                            (337) 706-1818
                            (337) 706-1828 Telefax
                      Attorneys for Unique System LLC

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following and/or the foregoing was sent to the following via facsimile and/or first class mail to any non-CM-ECF participant:

    Brian A. Kilmer
    Kilmer Crosby & Walker PLLC
    5100 Westheimer, 2nd Floor
    Houston, TX 77056

Lafayette, Louisiana, this __7th__ day of October 2016.

                            /s/Ralph E. Kraft
                            Ralph E. Kraft