UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNIQUE SYSTEM LLC | CIVIL ACTION |
| VERSUS | NO 16-9679 |
| M/V SOWRDFISH, her engines, tackle, apparel, etc., in rem, HARKAND GULF SERVICES LLC and ETHOS OFFSHORE US LLC | SECTION A(2) |

# ORDER

CONSIDERING Complainant Unique System LLC's Motion for Partial Dismissal (Rec. Doc. 6);

IT IS ORDERED that the complaint against Defendant, M/V SWORDFISH, her engines, tackle, apparel, etc., *in rem,* is DISMISSED WITH PREJUDICE, each party to be responsible for their respective costs and expenses. Complainant reserves its rights, claims and/or causes of action against Harkand Gulf Services L.L.C. and/or Ethos Offshore US LLC.

New Orleans, Louisiana, October 11, 2016.

_____
THE HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE